IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

A AVENTURA CHIROPRACTIC
CENTER, INC., individually and on behalf
of all others similarly situated,

      Plaintiff,    Case No. 1:12-cv-21695

  v.    Judge Cecilia M. Altonaga

MED WASTE MANAGEMENT, LLC, a  Magistrate Andrea M. Simonton
New York limited liability company,
AVROHOM PRAGER
      Defendants.

## CORPORATE DISCLOSURE

  Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for defendants Med Waste Management LLC and Avrohom Prager (private non-governmental parties) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party which are publicly held.

  **NONE**

Dated: November 7, 2012

            /s/ Kevin C. Kaplan
            Kevin C. Kaplan, Esq.
            COFFEY BURLINGOTN
            2699 S. Bayshore Drive, Penthouse
            Miami, Florida 33133
            Tel. (305) 858-2900
            Fax. (305) 858-5261
            kkaplan@coffeyburlington.com

            Kenneth J. Rubinstein
            Sarah Jacobson
            HAYNES AND BOONE, LLP
            30 Rockefeller Plaza, 26th Floor
            New York, New York 10112
            Tel. (212) 659-7300
            Fax (212) 918-8989
            ken.rubinstein@haynesboone.com

            *Counsel for Defendants Med Waste*
            *Management LLC and Avrohom Prager*

N-187887_1