IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 12-21695-CIV-ALTONAGA/SIMONTON

A AVENTURA CHIROPRACTIC
CENTER, INC., individually and on behalf
of all others similarly situated,

    Plaintiff,

v.

MED WASTE MANAGEMENT LLC, a
New York limited liability company,
AVROHOM PRAGER and JOHN DOES
1-10,

    Defendants.
_____/

## ORDER

**THIS CAUSE** came before the Court on the Parties' Joint Motion to Extend Pre-Trial Schedule ("Motion") [ECF No. 130]. The Court has considered the Motion and is fully advised. Accordingly, it is:

**ORDERED AND ADJUDGED** that Motion is **GRANTED**. Plaintiff shall have until October 2, 2013, in which to file its Motion for Preliminary Approval of Class Action Settlement.

**DONE AND ORDERED** in Miami, Florida, this 20th day of September, 2013.

*[signature]*
CECILIA M. ALTONAGA
UNITED STATES DISTRICT JUDGE

cc:    counsel of record