IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

A AVENTURA CHIROPRACTIC
CENTER, INC., individually and on behalf
of all others similarly situated,

                Plaintiff,      Case No. 1:12-cv-21695

   v.                            Judge Cecilia M. Altonaga

MED WASTE MANAGEMENT, LLC, a     Magistrate Andrea M. Simonton
New York limited liability company,
AVROHOM PRAGER
                Defendants.

**ORDER PRELIMINARILY APPROVING THE CLASS ACTION SETTLEMENT, AND APPROVING THE CLASS NOTICE**

This matter having come before the Court by stipulation of the parties, and upon review and consideration of the Settlement Agreement executed by the parties, dated _____, 2013 (the "Agreement"), **IT IS HEREBY ORDERED** that:

    1.     Pursuant to Rule 23, the settlement of this action, as embodied in the terms of the Agreement, is preliminarily approved. The Court finds that:

         (a)    The Agreement was made in reasonable anticipation of potential liability against Defendants which would arise from a finding that Defendants sent at least 20,000 fax advertisements without receiving prior express permission and without the opt-out notice required by 64 C.F.R. 1200;

         (b)    The settlement amount is fair and reasonable because it is within the range of statutory damages that could be awarded for the claims made by the Class and potential damages that could be awarded if the Class prevailed on its claims;

(c) Defendants' decision to settle is reasonable based on the risk of an adverse judgment, the cost of defense, and the uncertainties of litigation;

(d) The evidence adduced during discovery supports a finding that over 20,000 faxes were sent on behalf of Med Waste in May 2010 which did not contain the opt-out notice required pursuant to 64 C.F.R. 1200;

(e) Defendants did not believe that they or the entity retained by Med Waste (i.e., Adverfax) were violating any laws or regulations by sending faxes;

(f) Defendants did not intentionally, willfully or knowingly violate the TCPA; and

(g) Defendants tendered the Litigation to James River Insurance Company ("James River") and James River denied coverage to Defendants under the Insurance Policy.

2. The Agreement is incorporated by reference into this Order (with capitalized terms as set forth in the Agreement) and is hereby preliminarily adopted as an Order of this Court.

3. The Agreement proposes class notice in the form of Exhibit 2A to the Agreement by fax and by publication in the form of Exhibit 2B. The Court finds that the Agreement's plan for class notice is the best notice practicable under the circumstances, and that it satisfies the requirements of due process and Rule 23. That plan is approved and adopted. The Court further finds that the Notice of Class Action and Proposed Settlement complies with Rule 23, is appropriate as part of the notice plan, and is approved and adopted. The Court orders that Class counsel shall provide notice to the Class by fax and publication. Pursuant to the Agreement, the

Court orders that Defendant Med Waste Management, LLC pay for the fax and publication notice (in an amount not to exceed $10,000.00).

    4.    The Court sets deadlines and dates for the acts and events set forth in the Agreement and directs the parties to incorporate the deadlines and dates in the Class Notice:

    (a)    Objections and motions to intervene, filed by any class member, shall be filed in this Court and postmarked and served on Plaintiff's counsel and counsel for Defendants on or before _____, 2014, or shall be forever barred.

    (b)    All memoranda filed by any class member in connection with objections, motions to intervene, or the Final Approval Hearing must be filed in this Court, and postmarked and served on Plaintiff's counsel and on Defendants on or before _____, 2014, or shall be forever barred.

    (c)    Requests by any class member to opt-out of the settlement must be filed on or before _____, 2014, or shall be forever barred. The Court shall rule on all requests for exclusion or opt-outs on _____, 2013.

    8.    The Fairness Hearing, set forth in the Class Notice, is hereby scheduled for _____, 2014, at _____ am/pm, in Room 12-2.

ENTER:

_____
The Honorable Cecilia M. Altonaga