UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-21695-CIV-ALTONAGA/Simonton

A AVENTURA CHIROPRACTIC
CENTER, INC.,

      Plaintiff,
vs.

**MED WASTE MANAGEMENT LLC**, *et al.*,

      Defendants.
_____/

## ORDER

**THIS CAUSE** came before the Court at a hearing [ECF No. 151], held on October 16, 2013, regarding Plaintiff, A Aventura Chiropractic Center, Inc.'s Motion for Preliminary Approval of Class Action Settlement and Notice to the Settlement Class ("Motion to Approve") [ECF No. 132], filed October 2, 2013; and non-party, James River Insurance Company's Motion to Intervene and Motion to Stay the Proceedings . . . ("Motion to Intervene") [ECF No. 138], filed October 8, 2013. For the reasons stated in open court, it is

**ORDERED AND ADJUDGED** as follows:

1. Plaintiff's Motion to Approve **[ECF No. 132]** is **DENIED**. The parties shall re-file a motion for approval of settlement on or before **October 25, 2013**.

2. James River Insurance Company's Motion to Intervene **[ECF No. 138]** is **DENIED**.

**DONE AND ORDERED** in Miami, Florida, this 16th day of October, 2013.

                                                                     */s/ Cecilia M. Altonaga*
                                                             **CECILIA M. ALTONAGA**
                                                             **UNITED STATES DISTRICT JUDGE**

cc: counsel of record